# Court of Appeals
# of the State of Georgia

ATLANTA,  January 05, 2021

*The Court of Appeals hereby passes the following order:*

**A20E0025.  IN THE INTEREST OF B.M.R., A CHILD (MOTHER)**

Pursuant to Court of Appeals Rule 40 (b), the mother of B. M. R. has filed an emergency motion requesting a second thirty (30) day extension of time to file an application for discretionary appeal in this matter. The mother's motion is hereby DENIED. See OCGA § 5-3-39 (a) (5), (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/05/2021*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*